## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION** |
| **v.** | ) ) | **No. 06-2026-CM** |
| **CARRIE R MULDOON, et al.** | ) ) ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM AND ORDER</u>

Pending before the court is the United States of America's Motion to Dismiss the United States as a Party Defendant (Doc. 32). On the same day the United States filed this motion, it also filed a motion to intervene. On February 5, 2007, the court granted the United States' motion to intervene. The court's February 5, 2007 Memorandum and Order (Doc. 38) accurately sets forth the background facts of this action; it is unnecessary to repeat them here.

No party has filed an opposition to this motion, and plaintiff has stated that it has no objection to the requested dismissal because the United States has intervened as a party. After reviewing the United States' motion and memorandum in support and researching the law, the court finds that the United States' motion and memorandum accurately reflect the law. The United States' motion is granted for the reasons stated therein. The United States is dismissed as a party defendant, but remains an intervenor.

**IT IS THEREFORE ORDERED** that United States of America's Motion to Dismiss the United States as a Party Defendant (Doc. 32) is granted.

Dated this 11th day of April 2007, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**